UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STRATTON HENSLEY, | Case No. 2:16-CV-941 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| CLARK COUNTY SCHOOL DISTRICT, et al., | |
| Defendant(s). | |

Presently before the court is plaintiff James Hensley's "acceptance of offer of judgment," filed on October 21, 2016. (ECF No. 23). Upon review of the docket in this case, there is no indication of any "offer of judgment" that would explain the subject of plaintiff's filing.

Additionally, only plaintiff's counsel has signed this document. (ECF No. 23 at 2). The filing lacks any signature from the defendants, and the document does not otherwise comport with LR IA 6-2, which dictates the form of stipulations.

District courts may exercise their discretion when managing cases within their jurisdiction. *See O'Neill v. United States*, 50 F.3d 677, 687 (9th Cir. 1995) (citing *Kerotest Mfg. Co. v. C-O-Two Fire Equip. Co.*, 342 U.S. 180, 183–84 (1952)).

This court therefore construes this filing as a motion. Thus, LCR 12-1 shall apply in the present case, and defendants shall have fourteen days from the date of this order to file a response. There will be no reply.

. . .

. . .

. .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants shall file a response to plaintiff's "acceptance of offer of judgment," (ECF No. 23) within fourteen (14) days of the date of this order.

DATED November 3, 2016.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge

- 2 -